## File Hashes for IP Address 98.209.119.139

**ISP:** Comcast Cable
**Physical Location:** Ann Arbor, MI

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/05/2014 12:25:00 | EED57D2C093527249E7E49E61628AC55BB9C224B | Perfect Girls |
| 06/05/2014 11:41:34 | DE3480677A8B5AD26699B0BF67DE4175ADCC7576 | At Home With Tiffany |
| 06/03/2014 03:27:27 | C9255BEF6851F39C0879F3C65DC851CE9ADCA38F | Like The First Time |
| 06/02/2014 18:32:25 | C140C83253D05158D0DB32D566F14F93F23329CC | Sweetest Dreams |
| 06/02/2014 16:45:04 | 73748ADDA7E479CDA2B9F1297ADFB6B3CFCB1FA6 | Warm Inside |
| 06/02/2014 16:29:36 | 9EAFBC0A07CD85F998D30C6831EE4BD769F2A4DD | Sweet Surrender |
| 05/30/2014 18:25:42 | AE3A98486827A6C3124377987C59B8059FDDE1B8 | Surprise Surprise |
| 05/13/2014 05:39:06 | 4998B459D322DF80414CE7C672C40FA52576A055 | Knock On My Door |
| 05/08/2014 13:01:01 | 781B289863A18D37C6936A14084B0DA236C010B7 | Submissive Seduction |
| 05/08/2014 10:32:27 | 06A3F486448EA833F605247B0089D3A7DF7A49C5 | Perfect Timing |
| 05/07/2014 23:59:51 | 83CA6D53AA3BF1F4E69C0CA7073D885B1A48531E | Au Paradis |
| 04/24/2014 16:32:16 | 74B8587169F366E1954C2D9FD5EF8D963643BBF5 | Lonesome Without You |
| 04/15/2014 00:34:54 | D128AF427C746C1C160380A1DF8AA4A39BFD9845 | Love at First Sight |
| 04/14/2014 22:44:01 | 761A14349F6F9CF112811689B4E7CB35F643CAE7 | Bohemian Rhapsody |
| 04/09/2014 17:58:15 | 118A8870B76BE130F16E707FB55E77A27688DF06 | Floating Emotions |
| 04/07/2014 17:16:07 | 8C4D310EB756F6C373B0703F789D1C51E3D13A87 | All About Anna |
| 04/03/2014 12:53:40 | 69D8065E08B4DB3B1A689332A3B8D850CE5A34B5 | Fashion Fantasy |
| 03/10/2014 18:48:10 | AAA34FBE02D7F78239BBA210DFFD6E2D04EEBA1E | Just the Three of Us |
| 01/10/2014 10:51:58 | 42423CC9E61F6B4B0022A0A512ED9946963ACA10 | Made for Each Other |
| 01/10/2014 00:05:40 | D438F136539A21D5A9108587EB82D27867FD6C35 | Waterfall Emotions |
| 01/09/2014 23:30:18 | 57C96F715FF873727F249D5D9124A9883FEC287D | The Way I Feel |
| 12/17/2013 20:18:31 | A1B3A51882C054A1EA544DAC4117BF117B2D1517 | Introducing Kiki |

EXHIBIT A

NEMI158

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/17/2013 20:17:42 | 1D3D32BAD8F5F90A9B5F3E8ECAC1B74647762788 | Unveiling Part #2 |
| 12/17/2013 20:00:22 | DFEA3BF5C9B2760B4A25C1000D0AD8F92BBB887C | Unveiling Part #1 |
| 12/03/2013 19:04:12 | 0B9C8A0245412728E5F1629A0B876AFFDF6D83F0 | A Perfect Match |
| 11/07/2013 23:35:59 | BC595F75F5D2747F382B845C19F4D51CCCCB5A1F | All Tied Up |
| 11/07/2013 23:29:02 | 3269A6D1B6E6EAC249958B646D07C4F096F07852 | Much Needed Vacation |
| 10/07/2013 14:25:17 | 5D0868A961ABC7CF317880C94C64746B93DEF491 | Getting Down |
| 10/07/2013 14:21:40 | 3382EC00142705DB3EF309A4CEB081BDC584B178 | Dreams Do Come True |
| 10/07/2013 05:29:22 | 91AF7A51D429BF0E21F54434ED94EEAB5826238A | Spilled Milk |
| 10/07/2013 05:25:05 | ADB8EAAB9E1AF222D0686290A504F7ECE186279D | She Bad |
| 10/01/2013 15:56:48 | 3D1E25F6381E29ABC1ACD8D88D6461A378020D29 | Wake Me Up Like This |
| 10/01/2013 15:52:04 | 447746BE33F91B6276EABC15B398C5E209420755 | Girly Girls |

**Total Statutory Claims Against Defendant: 33**

EXHIBIT A