**Copyrights-In-Suit for IP Address 98.209.119.139**

**ISP:** Comcast Cable
**Location:** Ann Arbor, MI

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Perfect Match | PA0001862419 | 09/11/2013 | 09/12/2013 | 12/03/2013 |
| All About Anna | PA0001886195 | 03/25/2014 | 04/02/2014 | 04/07/2014 |
| All Tied Up | PA0001866077 | 10/19/2013 | 10/21/2013 | 11/07/2013 |
| At Home With Tiffany | PA0001880496 | 02/17/2014 | 02/21/2014 | 06/05/2014 |
| Au Paradis | PA0001895846 | 05/05/2014 | 05/16/2014 | 05/07/2014 |
| Bohemian Rhapsody | PA0001867584 | 10/23/2013 | 10/25/2013 | 04/14/2014 |
| Dreams Do Come True | PA0001851979 | 06/26/2013 | 06/27/2013 | 10/07/2013 |
| Fashion Fantasy | PA0001885185 | 03/13/2014 | 03/24/2014 | 04/03/2014 |
| Floating Emotions | PA0001887126 | 04/05/2014 | 04/07/2014 | 04/09/2014 |
| Getting Down | PA0001838601 | 04/25/2013 | 05/14/2013 | 10/07/2013 |
| Girly Girls | PA0001862284 | 08/28/2013 | 09/08/2013 | 10/01/2013 |
| Introducing Kiki | PA0001860965 | 08/11/2013 | 09/08/2013 | 12/17/2013 |
| Just the Three of Us | PA0001880670 | 02/21/2014 | 02/27/2014 | 03/10/2014 |
| Knock On My Door | PA0001895763 | 05/09/2014 | 05/16/2014 | 05/13/2014 |
| Like The First Time | PA0001778844 | 02/29/2012 | 02/29/2012 | 06/03/2014 |
| Lonesome Without You | PA0001887108 | 04/03/2014 | 04/07/2014 | 04/24/2014 |
| Love at First Sight | PA0001872756 | 12/14/2013 | 12/15/2013 | 04/15/2014 |
| Made for Each Other | PA0001860974 | 07/31/2013 | 08/29/2013 | 01/10/2014 |
| Much Needed Vacation | PA0001866083 | 10/21/2013 | 10/21/2013 | 11/07/2013 |
| Perfect Girls | PA0001783454 | 03/28/2012 | 03/28/2012 | 06/05/2014 |
| Perfect Timing | PA0001895848 | 05/07/2014 | 05/16/2014 | 05/08/2014 |

EXHIBIT B

NEMI158

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| She Bad | PA0001862295 | 08/30/2013 | 09/08/2013 | 10/07/2013 |
| Spilled Milk | PA0001833299 | 03/08/2013 | 04/01/2013 | 10/07/2013 |
| Submissive Seduction | PA0001878420 | 02/07/2014 | 02/13/2014 | 05/08/2014 |
| Surprise Surprise | PA0001892186 | 04/27/2014 | 04/29/2014 | 05/30/2014 |
| Sweet Surrender | PA0001884861 | 03/23/2014 | 03/26/2014 | 06/02/2014 |
| Sweetest Dreams | PA0001820194 | 01/04/2013 | 01/08/2013 | 06/02/2014 |
| The Way I Feel | PA0001874745 | 01/08/2014 | 01/15/2014 | 01/09/2014 |
| Unveiling Part #1 | PA0001863105 | 09/19/2013 | 09/23/2013 | 12/17/2013 |
| Unveiling Part #2 | PA0001866188 | 10/15/2013 | 10/19/2013 | 12/17/2013 |
| Wake Me Up Like This | PA0001862289 | 09/01/2013 | 09/08/2013 | 10/01/2013 |
| Warm Inside | PA0001820856 | 01/11/2013 | 01/13/2013 | 06/02/2014 |
| Waterfall Emotions | PA0001817757 | 12/05/2012 | 12/16/2012 | 01/10/2014 |

**Total Malibu Media, LLC Copyrights Infringed:  33**

EXHIBIT B

NEMI158